# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Case No. 17-cv-02156-RM-MEH

FRISBY MILES CARTER, *on behalf of himself and all others similarly situated*,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,
DOES 1-10,

    Defendants.

---

## ORDER
---

Pending before the Court is the June 22, 2018 Report and Recommendation ("the R&R") of U.S. Magistrate Judge Michael E. Hegarty (ECF No. 51), recommending granting in part and denying in part Defendant Amica Mutual Insurance Company's Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 43) ("the motion to dismiss").

The R&R specifically advised the parties that written objections were due within 14 days after service. (ECF No. 51 at 22 n.6.) The Magistrate Judge warned the parties that failure to file timely and specific written objections would waive *de novo* review of the R&R. (*Id*.) With more than 14 days having passed since entry of the R&R, no objections have been filed.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72, Adv. Comm. Notes, subdivision (b) (1983); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir.

1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

With this in mind, after consideration of the law, the record, the parties' pleadings, and the unopposed R&R, the Court finds that the Magistrate Judge's analysis and recommendations exhibit no clear error and ADOPTS the same as if fully incorporated herein by reference.

As a result, the Court:

(1) ADOPTS the R&R (ECF No. 51) in FULL;

(2) GRANTS IN PART the motion to dismiss (ECF No. 43) as follows:

    (a) the First and Third Claims of the Second Amended Complaint are DISMISSED to the extent those claims seek recovery of "ownership taxes"; and

    (b) the Second Claim of the Second Amended Complaint is DISMISSED in its entirety; and

(3) DENIES IN PART the motion to dismiss (ECF No. 43) in all other respects.

**SO ORDERED.**

DATED this 11th day of July, 2018.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge