# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02156-RM-MEH

FRISBY MILES CARTER,
on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

AMICA MUTUAL INSURANCE COMPANY,
and DOES 1-10, inclusive,

    Defendants.

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Frisby Miles Carter ("Plaintiff") and Defendant Amica Mutual Insurance Company and pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(A)(ii), file this Stipulation of Dismissal; the dismissal is with prejudice as to Plaintiff only and without prejudice as to members of the putative class, and all parties are to bear their own costs and attorney's fees.

**KIRTLAND & PACKARD LLP**

DATE: December 14, 2018

/s/ *Joshua A. Fields*
Michael Louis Kelly
Behram V. Parekh
Joshua A. Fields
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
Tel: (310) 536-1000; Fax: (310) 536-1001
mlk@kirtlandpackard.com
bvp@kirtlandpackard.com
jf@kirtlandpackard.com

*And*

Brett N. Huff
HUFF & LESLIE, LLP
2480 Gray Street
Edgewater, CO 80214
Tel: (303) 232-3622; Fax: (303) 274-0638
bhuff@huffandleslie.com

*Attorneys for Plaintiff Frisby Miles Carter, on behalf of himself and all others similarly situated*

**LEWIS BESS WILLIAMS AND WEESE P.C.**

DATE: December 14, 2018

/s/ *Janette L. Ferguson* (with permission)
Janette L. Ferguson
Katherine M. Field
1801 California St., Suite 3400
Denver, CO 80202
Tel: (303) 861-2828
Email: jferguson@lewisbess.com
kfield@lewisbess.com

Robert J. Romero
Robert G. Levy
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 362-6000
Email: rlevy@hinshawlaw.com
rromero@hinshawlaw.com

*Attorneys for Defendant Amica Mutual Insurance Company*